## STATE OF CONNECTICUT *v.* CHRISTOPHER ABBATE
## (AC 33661)

Lavine, Robinson and Pellegrino, Js.

Argued May 29—officially released June 18, 2013

Per Curiam. The judgment is affirmed.

## NORMA BREMMER-MCLAIN ET AL. *v.* CITY OF NEW LONDON ET AL.
## (AC 35254)

Lavine, Robinson and Pellegrino, Js.

Argued May 29—officially released June 18, 2013

Per Curiam. The judgment is affirmed.